UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE,<br><br>          Plaintiff,<br><br>    v.<br><br>LIU INVESTMENTS, LLC,<br><br>          Defendant. | Case No.   15-cv-01752-BLF<br><br>**ORDER VACATING HEARING RE: SECOND MOTION TO STRIKE**<br><br>[Re: ECF 18] |

      Pursuant to Civ. L.R. 7-1(b), the Court finds Plaintiff's Second Motion to Strike suitable for submission without oral argument and hereby VACATES the hearing scheduled for September 24, 2015.

Dated: August 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge