ASCENSION LAW GROUP
Pamela Tsao, Cal Bar No. 266734
2030 E. 4th Street
Suite 205
Santa Ana, California 92705
Telephone: 714.783.4220
Facsmile: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff,
NGOC LAM CHE

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
LIU INVESTMENTS, LLC,
a limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>LIU INVESTMENTS, LLC., a limited liability company; and DOES 1 through 10, ,<br><br>        Defendants. | Case No. 5:15-cv-01752-HRL<br>Magistrate Judge Howard L. Lloyd<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Action Filed: April 17, 2015<br>Trial Date: None Set |

# [PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties, finds that this action shall be dismissed with prejudice. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: February 4, 2016

_____
Honorable Beth Labson Freeman
UNITED STATES DISTRICT COURT